**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SHANELL JAMES, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 08-842 (RMU) |
| | : | |
| v. | : | |
| | : | |
| U.S. DRUG ENFORCEMENT | : | |
| ADMINISTRATION, | : | |
| | : | |
| Defendant. | : | |

## MEMORANDUM OPINION

### DISMISSING THE CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE

The *pro se* plaintiff, previously incarcerated at the Federal Correctional Institution in Allenwood, Pennsylvania ("FCI Allenwood"), filed this Freedom of Information Act ("FOIA") action on May 15, 2008. *See* Compl. at 1. According to the Federal Bureau of Prisons' Inmate Locator, the plaintiff was released from custody on September 30, 2009, *see* http://www.bop.gov/iloc2/LocateInmate.jsp (last visited Nov. 17, 2010), and mail sent to him at his current address of record, FCI Allenwood, has twice been returned to the Clerk of the Court as undeliverable, *see* Returned Envelope (July 21, 2010), ECF No. 37; Returned Envelope (May 21, 2010), ECF No. 31.

Pursuant to Local Civil Rule 5.1(e)(1), the plaintiff was required to file a notice of any change in his address within fourteen days after the change. *See* LCvR 5.1(e)(1). To date, he has not done so. Because the plaintiff has failed to abide by Local Civil Rule 5.1(e)(1) and because issuing an order for the plaintiff to show cause why the remainder of this case should not be dismissed would be a futile exercise, the court dismisses this action without prejudice pursuant to Local Civil Rule 83.23.

An Order consistent with this Memorandum Opinion is separately and contemporaneously issued this 29th day of November, 2010.


RICARDO M. URBINA
United States District Judge